**A. Benjamin Eubanks, M.D.**
Adult, Adolescent, Family Psychiatry and Psychopharmacology

305A Lenox Pointe
Atlanta, Georgia 30324
Phone: (404) 325-0100
Fax: (404) 814-0584

October 7, 1997

Jean M. Shea
Latronico and Whitestone
200 Berkeley Street
16th Floor
Boston, Massachusetts 02116-5022

RE: Keith Washington

To Whom It May Concern:

Keith Washington, as evidenced in collected job performance history, was an exceptionally determined, hard working, loyal and successful employee for Chase Manhattan Bank. He had worked his way up the corporate ladder from his growing up in Harlem and was dedicated to being a success for his parents, his wife and his children.

In July 1992 he joined State Street Bank & Trust Company where he continued to perform at a very high level as evidenced by his performance appraisals "consistently exceeded expectations" and promotion to Senior Vice President, April 1997. A strong personal dedication to State Street's Chairman (20 year friendship), increased and inordinate work load precipitated a crisis in his emotional stability. He began to decompensate, become overwhelmed and severely and morbidly depressed. For the first time in his life he was failing to live up to his expectations and translated this into his being a failure. The experiences he encountered at work were traumatic and did precipitate the mental decline and crisis that he has suffered. Mr. Washington has been totally disabled and unable to function in any job, academic, or even his own family. He has been ruminative, obsessional, depressed, suicidal, hopeless, immobilized with complete inability to concentrate and unable to support his two children's education's, which is another "failure" for him. He also evidenced bizarre, erratic behavior.

Recent trial on Effexor has been helpful. Inspite of many early side effects, Mr. Washington persisted in trying to adjust to the medication and I commend him for this determination. If concentration problems persist he may need a trial on Ritalin.



(9)

Although he has been and remains very depressed, the experiences at work may have triggered a Post Traumatic Stress Disorder. Mr. Washington was a seven times decorated soldier in Viet Nam, receiving the Bronze Star, service medals, Army Commendation Medal with Oakleaf Cluster, Good Conduct Medal and the Purple Heart. It is very common that crisis later in life can precipitate Post Traumatic Stress Disorder years after the initial trauma. This is very likely what Mr. Washington has recently experienced.

If you require any further information, please contact me.

Sincerely,

A. Benjamin Eubanks, M.D.

**A. Benjamin Eubanks, M.D.**
Adult, Adolescent, Family Psychiatry and Psychopharmacology

(10)

**CONFIDENTIAL**

30-A Lenox Pointe
Atlanta, Georgia 30324
Phone: (404) 325-0100
Fax: (404) 814-0584

### EDUCATION:

| | | |
|---|---|---|
| College: | University of Georgia<br>Athens, Georgia<br>Major: History<br>Degree: B.A. | 1964-68 |
| Medical School: | Medical College of Georgia<br>Augusta, Georgia<br>Degree: M.D. | 1968-72 |
| Residency: | The Sheppard and Enoch Pratt Hospital<br>Baltimore, Maryland | 1972-75 |
| Internship: | None Required | |

### PROFESSIONAL EXPERIENCE:

| | | |
|---|---|---|
| Private Practice – | Atlanta, Georgia | 1976-present |
| Private Practice – | Alexandria, Virginia | 1975-76 |
| Chairman/Organizer – | 14th Annual Institute for Group Behavior and Group Leadership | 1977-81 |
| Medical Director – | Central DeKalb Mental Health Center | 6/76-4/77 |
| Assistant Professor of Psychiatry, Emory University<br>Director of Group Therapy Training | | 1976-85<br>1976-81 |
| Staff Psychiatrist – | St. Elizabeth Hospital<br>Washington, D.C. | 7/75-6/76 |

CONFIDENTIAL

A. BENJAMIN EUBANKS, M.D.
Curriculum Vitae
Page two

MEDICAL LICENSE:          Georgia License No. 015460

BOARD STATUS:             Board Eligible in Psychiatry - 1975

HOSPITAL STAFF APPOINTMENTS:

| | |
|---|---|
| Medical Director-Valuemark Brawner North | 1996-present |
| CPC Parkwood Hospital, Atlanta, Ga - Active Staff - | 1977- |
| Positions: Medical Executive Committee | |
| Chairman, Adolescent Advisory Committee | 1990-91 |
| Vice President, Medical Executive Committee | 1991-92 |
| Chief of Medical Staff | 1993 |
| Governing Board | 1993 |
| Ridgeview Institute, Smyrna, GA - Active Staff | 1983-present |
| Charter Peachford Hospital, Atlanta, GA - Active Staff | 1993- |
| Brawner Psychiatric Institute, Smyrna, GA - Active Staff | 1983-present |
| Laurel Heights Hospital, Atlanta, GA - Courtesy | 1983-present |

ASSOCIATION MEMBERSHIPS:

American Psychiatric Association
Georgia Physicians Psychiatric Association
American Society for Adolescent Psychiatry
Georgia Society for Adolescent Psychiatry