# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Disability and
International Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date: February 23, 1998
Claim Number: 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HA

KEITH D WASHINGTON
APT E
3040 CLAIRMONT RD
ATLANTA, GA 30329-1625

You are entitled to monthly disability benefits beginning February 1997.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 16, 1996.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is February 1997.

**What We Will Pay And When**

- You will receive $16,606.00 around March 1, 1998.

- This is the money you are due for February 1997 through January 1998.

- After that you will receive $1,408.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

**Your Benefits**

We raised your monthly benefit amount beginning December 1997 because the cost of living increased.

Enclosure(s):
Pub 05-10153
Pub 70-10281

C                               See Next Page

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A                                                                 Page  2 of  3    

### Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

### Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

If you receive workers' compensation and/or public disability payments, we may have to reduce your Social Security benefits. At that time, we may also have to recover any money that should not have been paid. Please let us know as soon as a decision is made on your claim for these payments.

### Do You Disagree With The Decision?

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for a hearing.

- You have to ask for a hearing in writing. If you want to make a request, please contact one of our offices. We can help you complete the required form.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

### Things To Remember For The Future

The doctors and other trained personnel who decided that you are disabled expect your health to improve. Therefore, we will review your case in August 1999. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

### If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

### If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-770-934-1320. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

>    SOCIAL SECURITY
>    CRESCENT CENTER
>    100 CRESCENT CTR PKWY
>    TUCKER, GA 30084

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Kenneth S. Apfel*

Kenneth S. Apfel
Commissioner
   of Social Security