# A. Benjamin Eubanks, M.D. & Associates
Psychiatric and Counseling Services

Individual • Adult • Family, Marriage and Group Therapy • Psychopharmacology and Medication Management • Forensic Consultation and Case Reviews

November 17, 1998

Department of Industrial Accidents
600 Washington Street, 7th Floor
Boston, MA  02111

Attention: Ms. Carol Rubbicco, Conciliator

RE: Keith Washington

Dear Ms. Rubbicco,

1. I am a physician in psychiatry duly licensed to practice in the State of Georgia with offices at 22-B Lenox Pointe, Atlanta, Georgia  30324.

2. I am the attending psychiatrist of Keith Washington herein called the patient, and have been since July 1997, when he was referred to me through his wife's HMO, Aetna US Healthcare. Prior to July 1997 I had never met this patient. This statement is made in support of the patient's claim for compensation under the Workman's Compensation Act Of the Commonwealth of Massachusetts.

3. As stated in my previous correspondence, patient became ill sometime during 1994, was untreated and his condition continued to deteriorate until he began to decompensate, become overwhelmed and severely and morbidly depressed.

4. My diagnosis of the illness of the patient is Severe Depression and Post Traumatic Stress Disorder. This diagnosis has been independently verified by multiple examinations from mental health professionals from both the Social Security and Veterans Administration. By reason of the severity of the mental illness, this patient has been and continues to be totally disabled.

5. As previously stated in my letter of October 27, 1997, it is my opinion that the illness of this patient was directly work-related, and caused by conditions of the patients employment as a senior bank risk management executive.

6. Hospitalization was avoided during April 1998, when his wife, a registered nurse, elected to take 4 months of unpaid leave to spend much needed time with the patient.

7. Patient is currently being treated with Effexor (antidepressant) and Ritalin (for concentration).

22-B Lenox Pointe • Atlanta, Georgia 30324 • Phone: (404) 325-0100 • Fax: (404) 237-9050

If you have any further questions, or need any further information, please contact me.

Sincerely,

A. Benjamin Eubanks, M.D.

Jennifer D. Baethke

