SOCIAL SECURITY NOTICE
---
From:
SOCIAL SECURITY ADMINISTRATION
---

DATE: AUG 14 2000


KEITH D WASHINGTON                              Claim Number:  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
APT E
3040 CLAIRMONT RD
ATLANTA GA  30329


We recently reviewed the evidence in your Social Security disability claim and find that your disability is continuing.

WE WILL REVIEW YOUR CASE AGAIN

Doctors and other trained personnel decided that you are still disabled.  We realize that your health may not improve.  But we must review all disabillity cases.  Therefore, we will review your case again in 5 to 7 years.  We will send a letter before we start the review.

EXPLANATION OF TRIAL WORK PERIOD

In most cases, you can work and earn any amount of money for up to 9 months. (The months do not have to be in a row.)  During this time, called a trial work period, you can still get your disability benefits.  The following information shows how we count the 9 months of the trial work period.

    If you are an employee, we only count months you:
    * earn over $200 beginning in January 1990, or
    * earn over $75 before January 1990.

    If you are self-employed, we only count months you:
    * earn over $200 or work more than 40 hours beginning in January 1990 or
    * earn over $75 or work more than 15 hours before January 1990.


AFTER YOUR TRIAL WORK PERIOD

After we count your 9 trial work months, we may still pay you if your average earnings are not over:

    * $700 a month beginning in July 1999, or
    * $500 a month beginning in January 1990 through June 1999, or
    * $300 a month before January 1990.

If your average earnings are more than these amounts, we call your work "substantial gainful activity".

KEITH D WASHINGTON                    Page 2            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    

EXTENDED PERIOD OF ELIGIBILIITY

If we must stop paying you after 9 months of trial work, we may still be able to help you. For 36 months after your trial work period, we can pay you for any month that you are disabled and do not earn over $500 (or $300 before January 1990). To get these benefits, you do not have to apply again. Just let us know how much you are earning.

CONTINUATION OF MEDICARE

You can keep your Medicare for at least 39 months after your trial work period. Your hospital insurance will be free, but you will still pay for your medical insurance. Beginning in July 1990, you can keep your Medicare after the 39 months. But, you must pay a premium for both parts.

We want to help you go back to work when you are ready. We can ask your State Vocational Rehablitation office to help you find a job or give you training. If you have any questions or want help going back to work, please call, write, or visit any Social Security office.

PROMPTLY REPORT EVENTS WHICH MAY AFFECT YOUR BENEFITS OR PAYMENTS

You must promptly report any changes which may affect your benefits. Failure to do so could mean you may have to repay any benefits not due you. Let us know if:

* You returned to work since your last report or will later (no matter how little you earn); or

* You previously reported your work but your duties or pay have changed; or

* Your doctor says your condition has improved (even if you do not have a job now); or

* You apply for worker's compensation or another public disability benefit, start receiving those monthly checks (or a lump sum), or have a change in the amount; or

* You start making payment for work expenses related to your disability (for example, you may require special transportation), or the amount you pay for these work expenses changes or you no longer pay for such expenses. (Remember to keep records and proof of payment of any impairment related work expenses you have.)

This information will be used to decide if you are still disabled under the law or if your benefit amount needs changing.

Contact any Social Security office if you have a question, want more information about your claim, or need to report a change. Most matters can be handled by phone.



Page 3                                            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

KEITH D WASHINGTON

VOCATIONAL REHABILITATION

Your State Vocational Rehabilitation agency helps disabled people prepare for and find work. You may wish to contact that agency to learn about possible services that may be available to you.

If you are receiving Supplemental Security Income payments, any decision about that claim will be sent to you in a separate notice.

                                Myrtle S. Habersham
                                Regional Commissioner

67