UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                 )
KEITH D. WASHINGTON,             )
                                 )
    Plaintiff,                   )
                                 )   C.A. No. 04-12141-DPW
v.                               )
                                 )
MASSACHUSETTS COMMISSION         )
AGAINST DISCRIMINATION, et al.,  )
                                 )
    Defendants.                  )
_____)
```

### DEFENDANTS' 7.1 CERTIFICATE

    Pursuant to Local Rule 7.1, the undersigned Charles M. Wyzanski hereby certifies that as counsel to defendants he telephoned the plaintiff Keith D. Washington, pro se, and in the course of a half-hour conversation suggested to him how this action might be resolved.  Mr. Washington asked for time to consider the proposal but, in a lengthy e-mail, declined it.

-2-

DEFENDANTS MASSACHUSETTS COMMISSION
AGAINST DISCRIMINATION, MARY C.
GARIPPO, KATHERINE M. MARTIN, ESQ.,
DOUGLAS T. SCHWARTZ, and DORCA I.
GOMEZ,

By their Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Charles M. Wyzanski_____
Charles M. Wyzanski
BBO #536040
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, Massachusetts 02l08
Tel. No. 617-727-2200, ext. 3093