# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

KEITH D. WASHINGTON,
*Plaintiff*

Vs
Massachusetts Commission Against Discrimination

MARY C. GARIPPO, in her individual and official
Capacity as Investigator at Massachusetts
Commission Against Discrimination;

KATHERINE M. MARTIN, ESQ. in her individual and
Official Capacity as Supervisor at Massachusetts
Commission Against Discrimination;

DOUGLAS T. SCHWARTZ, in his individual and official
Capacity as Investigating Commissioner, at
Massachusetts Commission Against Discrimination;

DORCA I. GOMEZ, in her individual and official
capacity as Chairwomen at Massachusetts Commission
Against Discrimination

*Defendant(s)*

## Certificate of Service

Petitioner, Keith D. Washington, hereby certifies that on or about October 19, 2004, he caused a true copy of the subject Compliant to be delivered by prepaid 1st class U.S. Postage to the above named defendants. As of this writing defendants, Garippo, Martin, Schwartz, and Gomez, have not waived service and acknowledged receipt. Formal service proceedings will be commenced.

Attached are the certified mail/return receipts from;
1. Thomas F, Reilly, Attorney General,
   Commonwealth of Massachusetts
2. Dorca I. Gomez, Chair,
   Massachusetts Commission Against Discrimination

Submitted: November 27, 2004

By: Keith D. Washington, pro se



Keith D. Washington
6265 Magnolia Rdg.
Stone Mountain, GA 30087-607