IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH D. WASHINGTON,
    *Plaintiff*                                     DOCKET# 04-12141-DPW

    Vs
Massachusetts Commission Against Discrimination

MARY C. GARIPPO, in her individual and official
Capacity as Investigator at Massachusetts
Commission Against Discrimination;

KATHERINE M. MARTIN, ESQ. in her individual and
Official Capacity as Supervisor at Massachusetts
Commission Against Discrimination;

DOUGLAS T. SCHWARTZ, in his individual and official
Capacity as Investigating Commissioner, at
Massachusetts Commission Against Discrimination;

DORCA I. GOMEZ, in her individual and official
capacity as Chairwomen at Massachusetts Commission
Against Discrimination

    *Defendant(s)*

**PLAINTIFF'S OPPISITION TO DEFENDANT'S MOTION TO DISMISS
OR IN THAE ALTERNATIVE FOR SUMMARY JUDGMENT**

As more fully set forth in the accompanying Memorandum, Plaintiff asserts, his compliant is in accordance with well-established federal law and Defendant's are not entitled to absolute immunity, accordingly this compliant is not subject to dismissal, pursuant to FRCP 12(b)(6) or summary judgment.

Submitted: November 27, 2004

By: Keith D. Washington, pro se

Keith D. Washington
6265 Magnolia Rdg.
Stone Mountain, GA 30087-607[redacted]