## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KEITH D. WASHINGTON,
        *Plaintiff*

**DOCKET # 04-12141DPW**

        Vs

Massachusetts Commission Against Discrimination

MARY C. GARIPPO, in her individual and official
Capacity as Investigator at Massachusetts
Commission Against Discrimination;

KATHERINE M. MARTIN, ESQ. in her individual and
Official Capacity as Supervisor at Massachusetts
Commission Against Discrimination;

DOUGLAS T. SCHWARTZ, in his individual and official
Capacity as Investigating Commissioner, at
Massachusetts Commission Against Discrimination;

DORCA I. GOMEZ, in her individual and official
capacity as Chairwomen at Massachusetts Commission
Against Discrimination

        *Defendant(s)*

### PLAINTIFF'S MOTION
### FOR PRELIMINARY INJUNCTION

#### I. <u>INTRODUCTION</u>

For all the reasons stated in the attached "<u>Memorandum In Support of Plaintiff's</u>
<u>Motion For Preliminary Injunction</u>", Keith D. Washington, Plaintiff respectively
request this Court to issue a preliminary injunction for the relief requested.
Specifically, Plaintiff request that this Court enter an Order:

a. ***Directing*** that Plaintiff may obtain on an expedited basis discovery (including
   depositions) from all individual Defendants regarding financial assets
   available or to be available to satisfy a judgment in favor of Plaintiff.

1

**b.** *Restraining* individual Defendants (and their assignees and/or representatives acting on their authority), directly or indirectly, from entering into any agreement and/or transaction to dispose of any assets in an amount greater than $5,000.00, excluding normal living expenses, without providing contemporaneous notice of the terms of such agreement and/or transaction to the Court and Plaintiff.

Submitted: December 10, 2004

By: KEITH D. WASHINGTON, PRO SE
6265 MAGNOLIA RIDGE
STONE MOUNTAIN, GEORGIA 30087
TEL: 770 465 4088
EMAIL: kdwash@aol.com