```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


KEITH D. WASHINGTON,            )
       Plaintiff,               )
                                )       CIVIL ACTION NO.
       v.                       )       04-12141-DPW
                                )
MASSACHUSETTS COMMISSION         )
AGAINST DISCRIMINATION;          )
MARY C. GARIPPO; KATHERINE M.   )
MARTIN; DOUGLAS T. SCHWARTZ;    )
and DORCA I. GOMEZ,             )
       Defendants.              )
```

MEMORANDUM AND ORDER
February 4, 2005

The plaintiff, a repetitive litigant in this court on claims that he was improperly terminated from his employment at State Street Bank & Trust Co., brings this action against the Massachusetts Commission Against Discrimination and certain of its officials for alleged improprieties in connection with the MCAD's 1997 dismissal of a complaint he brought before that agency regarding that matter. The plaintiff's allegations all concern the manner in which the MCAD reached and articulated its decision. The short and sufficient, but by no means only, response to plaintiff's belated complaint is presented by the defendant's motion to dismiss or, in the alternative, for summary judgment: the defendants are entitled to absolute immunity in the performance of their adjudicatory duties. *Wang* v. *New Hampshire Board of Registration in Medicine*, 55 F.3rd 698, 701-02

(1st Cir. 1995). Against this absolute immunity plaintiff has stated no claim as to which relief may be granted. Accordingly, I hereby GRANT defendant's motion to dismiss and the clerk is directed to dismiss this case.

                                      <u>/s/ Douglas P. Woodlock</u>
                                      DOUGLAS P. WOODLOCK
                                      UNITED STATES DISTRICT JUDGE