UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| KEITH D. WASHINGTON, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 04-12141-DPW |
| | ) | |
| MASSACHUSETTS COMMISSION | ) | |
| AGAINST DISCRIMINATION; | ) | |
| MARY C. GARIPPO; KATHERINE M. | ) | |
| MARTIN; DOUGLAS T. SCHWARTZ; | ) | |
| and DORCA I. GOMEZ, | ) | |
| Defendants. | ) | |


**ORDER OF DISMISSAL**


WOODLOCK, District Judge


     In accordance with this Court's Memorandum and Order issued
February 4, 2005 (#17), is hereby ORDERED that the above-entitled
action be and hereby is DISMISSED.


                              BY THE COURT,


                              /s/ Michelle Rynne
                              Deputy Clerk


DATED:  February 4, 2005