## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KEITH D. WASHINGTON,
*Plaintiff*

Docket # 04-12141DPW

Vs

Massachusetts Commission Against Discrimination, *et al*

*Defendant(s)*

### NOTICE OF APPEAL

Plaintiff, Keith D. Washington, pro se files this Notice of Appeal of this Court's Order dated February 4, 2004.

Respectively submitted, this February 8, 2005

*/s/ Keith D. Washington*

KEITH D. WASHINGTON, PRO SE
6265 MAGNOLIA RIDGE
STONE MOUNTAIN, GEORGIA 30087
TEL: 770 465 4088
FAX: 770 465 8595
EMAIL: kdwash@aol.com

**Copy:**

Charles M. Wyzanski, A.A.G.
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, Massachusetts, 02108-1598

FILED
IN CLERKS OFFICE

**KEITH D. WASHINGTON**
**6265 MAGNOLIA RIDGE**
**STONE MOUNTAIN, GA. 30087**
**TEL: 770 465 4088**
**EMAIL kdwash@aol.com**

2005 FEB 11 P 1:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

February 8, 2005

Clerk For Civil Actions
United States District Court
District Of Massachusetts
1 Courthouse Way [Suite 2300]
Boston, MA 02210

Re: **Notice of Appeal**
    **Keith D. Washington v. MCAD, et al # 04-12141DPW**

Gentlemen;

Enclosed please find a copy of the following:

- Plaintiff's Notice of Appeal

Kindly handle in accordance with circuit practice.


Sincerely,
_____
Keith D. Washington, *pro se*

Cc: Charles M. Wyzanski,
    Assistant Attorney General
    Commonwealth of Massachusetts
    One Ashburton Place
    Boston, Massachusetts, 02108-1598