# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12141

Keith D. Washington

v.

Massachusetts Commission Against Discrimination, et al

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/11/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 11, 2005.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/11/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12141-DPW

Washington v. Massachusetts Commission Against Discrimination et al
Assigned to: Judge Douglas P. Woodlock
Demand: $25000000
Cause: 42:1983 Civil Rights Act

Date Filed: 10/08/2004
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Keith D. Washington**    represented by **Keith D. Washington**
6265 Magnolia Ridge
Stone Mountain, GA 30087-6070
PRO SE

V.

**Defendant**

**Massachusetts Commission Against Discrimination**    represented by **Charles M. Wyzanski**
Attorney General's Office
One Ashburton Place
Boston, MA 02114
617-727-2200
Fax: 617-727-3076
Email: charles.wyzanski@ago.state.ma.us

*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary C. Garippo**
*in her individual and official capacity as*    represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Investigator at Massachusetts Commission Against Discrimination*

### Defendant

**Katherine M. Martin**
*in her individual and official capacity as Supervisor at Massachusetts Commission Against Discrimination*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Defendant

**Douglas T. Schwartz**
*in his individual and official capacity as Investigating Commissioner at Massachusetts Commission Against Discrimination*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Defendant

**Dorca I. Gomez**
*in her individual and official capacity as Chairwomen at Massachusetts Commission Against Discrimination*

represented by **Charles M. Wyzanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 59205, filed by Keith D. Washington. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Civil Cover Sheet)(Rynne, Michelle) (Entered: 10/14/2004) |
| 10/08/2004 | | Summons Issued as to Mary C. Garippo, Dorca I. Gomez, Katherine M. Martin, Massachusetts Commission Against Discrimination, Douglas T. Schwartz. (Rynne, Michelle) (Entered: 10/14/2004) |
| 10/08/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Rynne, Michelle) (Entered: 10/14/2004) |
| 10/08/2004 | 2 | MOTION for equitable tolling of Statute of Limitations due to mental illness by Keith D. Washington. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Rynne, Michelle) (Entered: 10/14/2004) |
| 10/08/2004 | 3 | MOTION that defendants be denied qualified immunity by Keith D. Washington.(Rynne, Michelle) (Entered: 10/14/2004) |
| 11/04/2004 | 4 | MOTION to Dismiss by Mary C. Garippo, Dorca I. Gomez, Katherine M. Martin, Massachusetts Commission Against Discrimination, Douglas T. Schwartz.(Wyzanski, Charles) (Entered: 11/04/2004) |
| 11/04/2004 | 5 | MEMORANDUM in Support re 4 MOTION to Dismiss filed by Mary C. Garippo, Dorca I. Gomez, Katherine M. Martin, Massachusetts Commission Against Discrimination, Douglas T. Schwartz. (Attachments: # 1 Exhibit A and B)(Wyzanski, Charles) (Entered: 11/04/2004) |
| 11/04/2004 | 6 | CERTIFICATE OF CONSULTATION re 4 MOTION to Dismiss, 5 Memorandum in Support of Motion by Charles M. Wyzanski on behalf of Mary C. Garippo, Dorca I. Gomez, Katherine M. Martin, Massachusetts Commission Against Discrimination, Douglas T. Schwartz. (Wyzanski, Charles) (Entered: 11/04/2004) |

| | | |
|---|---|---|
| 12/02/2004 | 7 | CERTIFICATE OF SERVICE by Keith D. Washington. (Nici, Richard) (Entered: 12/06/2004) |
| 12/02/2004 | 8 | Receipt for certificate of service. (Nici, Richard) (Entered: 12/06/2004) |
| 12/02/2004 | 9 | Plantiff's MEMORANDUM in Opposition to defendant's 4 MOTION to Dismiss or in the alternative for summary judgement filed by Keith D. Washington. (Nici, Richard) (Entered: 12/07/2004) |
| 12/02/2004 | 14 | Plantiff's MEMORANDUM in Opposition re 4 MOTION to Dismiss or in the alternative for summary judgement filed by Keith D. Washington. (Nici, Richard) (Entered: 12/15/2004) |
| 12/06/2004 | 10 | Plantiff's petition for MOTION for Leave to File legal opinion in support of his position that defense claims of absolute immunity is erroneous by Keith D. Washington.(Nici, Richard) (Entered: 12/08/2004) |
| 12/10/2004 | 13 | MEMORANDUM in support of his Opposition to defendant's re 4 MOTION to Dismiss filed by Keith D. Washington. (Nici, Richard) (Entered: 12/14/2004) |
| 12/13/2004 | 11 | MOTION for Preliminary Injunction by Keith D. Washington.(Nici, Richard) (Entered: 12/14/2004) |
| 12/13/2004 | 12 | MEMORANDUM in Support re 11 MOTION for Preliminary Injunction filed by Keith D. Washington. (Nici, Richard) (Entered: 12/14/2004) |
| 12/17/2004 | 15 | MOTION for Protective Order by Massachusetts Commission Against Discrimination.(Wyzanski, Charles) (Entered: 12/17/2004) |
| 12/20/2004 | 16 | Plantiff's MEMORANDUM in Opposition re 15 MOTION for Protective Order filed by Keith D. Washington. (Nici, Richard) (Entered: 12/23/2004) |
| 02/04/2005 | 17 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered granting 4 Motion to Dismiss |

|            |     |                                                                                                                                                                                                                                                                                                                                             |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | (Woodlock, Douglas) Additional attachment(s) added on 2/4/2005 (Rynne, Michelle). (Entered: 02/04/2005)                                                                                                                                                                                                                                    |
| 02/04/2005 | 18  | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE(Rynne, Michelle) (Entered: 02/04/2005)                                                                                                                                                                                                                                    |
| 02/11/2005 | 19  | NOTICE OF APPEAL as to 18 Order Dismissing Case by Keith D. Washington. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/3/2005. (Nici, Richard) (Entered: 02/15/2005) |