# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 APR -1  P 12: 35

USDC DOCKET # 04-12141DPW
USCA DOCKET # 05-1368

**KEITH D. WASHINGTON, PRO SE**
*PLAINTIFF-APPELLANT*

V.

**MASSACHUSETTS COMMISSION
AGAINST DISCRIMINATION, ET AL**
*DEFENDANTS-APPELLEES*

**PLAINTIFF-APPELLANTS AFFIDAVIT IN SUPPORT OF
MOTION TO FILE APPEAL IN FORMA PAUPERIS**

I, Keith D. Washington, Plaintiff-Appellant, pro se, swear or affirm under penalty perjury that because of my poverty, I cannot prepay the docket fee of my Appeal. I further represent this appeal is not frivolous but based on solid legal precedent.

My issues on Appeal are:

1. Appellant an African-American, United States Citizen, has a clear right to demand he be afforded the full protection of the U.S. Constitution and that the district court will at all times protect his constitutional right's and act in accordance with clearly established federal law as determined by the U.S. Supreme Court.
2. The district court's summary judgment dismissal of this compliant is clearly erroneous.

I swear or affirm under penalty of perjury under United States law that my answers on the attached forms are true and correct.

Submitted, March 29, 2005

Keith D. Washington, pro se
6265 Magnolia Ridge
Stone Mountain, GA 30087
Tel: 770 465 4088

ATTACHMENT

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

FILED
IN CLERKS OFFICE
2005 APR -1 P 12: 35
U.S. DISTRICT COURT
DISTRICT OF MASS

District Court No. 04-12141 DPW
Appeal No. 05-1368

Keith D Washington, Pro Se

v.

Massachusetts Commission Against Discrimination, et al

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) Signed: [signature] | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. Date: 3/29/05 |

My issues on appeal are:

USDC order is clearly erroneous —

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment (Net) | $ 0 | $ 3,200 | $ 0 | $ 2,600 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 18000 | $ 0 | $ 1500 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): VA | $ 27,600 | $ 0 | $ 2300 | $ 0 |
| Total Monthly income: | $ 45,600 | $ 0 | $ 3800 | $ 2600 |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Citizens Trust Bk | Atlanta, GA | 4/98 - 6/98 | $5000 |
| State Street Bk/tr. | Boston, MA | 7/92 - 10/96 | 12,000 |
| Chase Manhattan BK | New York, NY | 9/76 - 6/92 | 8,600 |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| V.A. Medical Ctr | Atlanta, GA | 2/97 - Present | 4,600 |
| V.A. Medical Ctr | Northport NY | 2/87 - 1/97 | 3600 |

2

4. *How much cash do you and your spouse have?* $ _150_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wachovia | CK/SAV | $ -(73.00) | $ |
|  |  | $ | $ |
|  |  | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) 9000 |
|---|---|---|---|---|---|
| 6225 Hamlin  ATL, GA | 210 | None |  | Make & year: Toyota - 2002  Model: Camry  Registration#: |  |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year:  Model:  Registration#: |  | None |  |  |  |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | None |  |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| Effie Thompkins | Mother-in-Law | 92 |
| Pauline Washington | Parent | 85 |
| Howard Washington | Parent | 85 |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 2877 | $ 0 |
| Are any real estate taxes included? ☒ Yes ☐ No | | |
| Is property insurance included? ☒ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ 400 |
| Home maintenance (repairs and upkeep) | $ 250 | $ 160 |
| Food | $ 0 | $ 500 |
| Clothing | $ 150 | $ 300 |
| Laundry and dry-cleaning | $ 50 | $ 150 |
| Medical and dental expenses | $ 50 | $ 100 |
| Transportation (not including motor vehicle payments) | $ 50 | $ 200 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100 | $ 250 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ — |
|     Homeowner's or renter's | $ 0 | $ — |
|     Life | $ 0 | $ — |
|     Health | $ 0 | $ — |
|     Motor Vehicle | $ 0 | $ 60 |
|     Other: _____ | $ 0 | $ — |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
|     Motor Vehicle | $ 0 | $ 450 |
|     Credit card (name): Citibank | $ 75 | $ 100 |
|     Department store (name): Multiple | $ 200 | $ 100 |
|     Other: Eldercare | $ 300 | $ 0 |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): Tax Liability | $ 231 | $ 0 |
| **Total monthly expenses:** | $ 3683 | $ 260 |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No          If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $ _____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

① Disabled Veteran since 8/96
② SSA Disability         "      "
③ Significant Eldercare obligations
④ Savings depleted due to inability to work

5

13. State th

Mr. Keith D. Washington
6265 Magnolia Rdg
Stone Mountain, GA 30087

Your daytime phone number: (770) 465 4088
Your age: 58        Your years of schooling: +16
Your social security number: 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

6