# MANDATE

# United States Court of Appeals
## For the First Circuit

*04-12141*
*USDC/MA*
*Woodlock, D.*

---

No. 05-1368

KEITH D. WASHINGTON,

Plaintiff, Appellant,

v.

MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION, ET AL.,

Defendants, Appellees.

---

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

---

**JUDGMENT**
Entered: January 12, 2006

We <u>grant</u> the motion for summary disposition and <u>affirm</u> the judgment below.

The commission and its professional staff were absolutely immune from suit for claims arising from the decision. <u>Wang</u> v. <u>New Hampshire Bd. of Registration in Med.</u>, 55 F.3d 698 (1st Cir. 1995); <u>Johnson</u> v. <u>Rodriguez</u>, 943 F.2d 104 (1st Cir. 1991); <u>Bettencourt</u> v. <u>Bd. of Registration in Med.</u>, 904 F.2d 772 (1st Cir. 1990). The immunity covered all acts related to their quasi-judicial or prosecutorial function, irrespective of malice. <u>Mireles</u> v <u>Waco</u>, 502 U.S. 9, 12-13 (1991)(per curiam); <u>Wang</u>, 55 F.3d at 702; <u>Ricci</u> v. <u>Key Bancshares of Maine, Inc.</u>, 768 F.2d 456 (1st Cir. 1983).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 3/24/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:_____
Chief Deputy Clerk.

[cc: Keith D. Washington, Charles M. Wyzanski, AAG]